## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA INTERACTIVE CORPORATION,<br><br>        **Plaintiff,**<br><br>    **v.**<br><br>PHILADELPHIA MEDIA NETWORK, LLC,<br><br>        **Defendant.** | **Civil Action No.: 1:12-cv-01194-SLR** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The named parties to this action, Internet Media Interactive Corporation and Philadelphia Media Network, LLC, hereby stipulate and agree, by and through their respective undersigned attorneys, that all claims and counterclaims in the above-captioned action are hereby settled and dismissed with prejudice, pursuant to Rules 41(a)(1)(ii) and 41(c) of the Federal Rules of Civil Procedure.  Each party is to bear its own costs and attorney's fees.

INTERNET MEDIA INTERACTIVE
CORPORATION

By its Attorneys,

*/s/ George Pazuniak*
George Pazuniak (DE Bar No. 00478)
PAZUNIAK LAW OFFICE LLC
1201 Orange St., 7th Fl., Ste. 7114
Wilmington, DE 19801
Phone: (302) 478-4230
GP@del-iplaw.com

Timothy J. Haller
Oliver D. Yang
Ashley E. LaValley
NIRO, HALLER & NIRO
181 W. Madison St., St. 4600
Chicago, IL 60602Phone: (312) 236-0733

PHILADELPHIA MEDIA
NETWORK, LLC

By its Attorneys,

*/s/ Barry M. Klayman*
Barry M. Klayman (DE Bar No. 03676)
COZEN O'CONNOR
1201 N. Market St., Ste. 1001
Wilmington, DE 19801
Phone: (302) 295-2035
bklayman@cozen.com